# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

No. 1D2025-2234

———————————————

DRESHAWN BARBER,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Leon County.
Stephen S. Everett, Judge.

July 24, 2026

PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and ROWE and RAY, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Jessica J. Yeary, Public Defender, and Ross S. Haine, II, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier Attorney General, Tallahassee, for Appellee.